855 A.2d 669

CAPITOL POLICE LODGE NO. 85, Fraternal Order of Police, Pennsylvania Liquor Enforcement Association, Pennsylvania State Park Officers Association, and Narcotics Agent Regional Committee, Fraternal Order of Police Lodge 74, Appellants,

v.

COMMONWEALTH of Pennsylvania, Office of Administration, The Pennsylvania Employee Benefit Trust Fund, The Board of Trustees of the Pennsylvania Employees Benefits Trust Fund, and Commonwealth of Pennsylvania, Office of Attorney General, Appellees.

Supreme Court of Pennsylvania.

Aug. 16, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of August, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.

855 A.2d 669

**Jean ZEPPI, Respondent,**

v.

**PENNSYLVANIA STATE POLICE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 17, 2004.